UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-13239-AJC
CHAPTER 7 CASE

IN RE:

**Carlos E Corredor**
Debtor(s).

_____/

## NOTICE OF APPEARANCE
*Subject Property: 31 SE 5th STREET, #1404, MIAMI, FL 33131*

PLEASE TAKE NOTICE that the undersigned hereby enters his/her appearance as attorney for **SELECT PORTFOLIO SERVICING, INC. AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11**, a secured lien holder, creditor of the above style debtors.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this __19__ day of __Feb.__, 2014.

Choice Legal Group, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
antonio.alonso@clegalgroup.com

By:_____
Antonio Alonso, Esq.
Bar Number: 50335

14-00748

Mailing List for Case No.: 14-13239-AJC

**Marcia T Dunn,** *Trustee*
555 NE 15 St, Ste 934-A
Miami, FL 33132

**Carlos E Corredor**
31 SE 5 St #1404
Miami, FL 33131

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

14-00748